AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Dr. Larry Camp and Sabrina Martindale

V.

Correctional Medical Services, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08 cv227-csc

TO: (Name and address of Defendant)

Richard F. Allen
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lindsey Edelmann
David Long-Daniels
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3.27.08

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 27, 2008 |
| NAME OF SERVER (PRINT) LEE OWEN | TITLE Licensed Private Detective |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 301 S. Ripley St., Montgomery, AL 36104
Shanaka Thomas for Richard Allen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/08
            Date                    Signature of Server

Address of Server: 432-B Coliseum Blvd, Montgomery, AL 36104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.