AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Dr. Larry Camp and Sabrina Martindale

V.

Correctional Medical Services, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08CV227-CSC

TO: (Name and address of Defendant)

    Correctional Medical Services, Inc.
    c/o National Registered Agents, Inc.
    150 South Perry Street
    Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Lindsey Edelmann
    David Long-Daniels
    Greenberg Traurig, LLP
    3290 Northside Parkway, Suite 400
    Atlanta, Georgia 30327

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett      3·27·08

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE March 27, 2008 |
| NAME OF SERVER (PRINT) LEE OWEN | TITLE Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 150 S. Perry St. Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/08
            *Date*

*Signature of Server*

432-B Coliseum Blvd.
*Address of Server*
Montgomery, AL 36109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.