IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

DR. LARRY CAMP and SABRINA MARTINDALE )
_____, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:08-CV-227-CSC
)
CORRECTIONAL MEDICAL SERVICES, INC., et al. )
_____, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Correctional Medical Services, Inc.__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Correctional Medical Services of Delaware, Inc. | Parent Company |
| Valitas Health Services, Inc. ("VHS") | Majority Shareholder of the first Reportable Entity |
| Valitas Bahamas Investments, Inc. ("VBI") | Minority Shareholder of the first Reportable Entity |
| Valitas Parent, Inc. / Valitas Equity, LLC | Parent Corporation of VHS / Parent Corporation of VBI |

4/17/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Correctional Medical Services, Inc.
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __William R. Lunsford__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF and U.S. mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __17th__ day of __April__ 20__08__, to:

David Wayne Long-Daniels and Lindsey C. Edelmann, Greenberg Traurig LLP, The Forum, Suite 400

3290 Northside Parkway, Atlanta, Georgia 30327

Kim Thomas, Alabama Department of Corrections, 301 S. Ripley Street, Montgomery, Alabama 36104

| | |
|---|---|
| 4/17/2008 | /s/ William R. Lunsford |
| Date | Signature |