UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Dr. Larry Camp and<br>Sabrina Martindale,<br><br>    Plaintiffs,<br>v.<br><br>Correctional Medical Services, Inc.,<br>Richard Allen, individually and in his<br>official capacity as Commissioner Of<br>Alabama Department Of Corrections,<br>Ruth Naglich, in her official and<br>individual capacities, and Laura<br>Ferrell, individually and in her official<br>capacities,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:08 CV227-WKW-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Sabrina Martindale, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    This party is an individual, or

[ ]    This party is a governmental entity, or

[ ]    There are no entities to be reported, or

[ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

05/07/08
Date

_/s/ Lindsey C. Edelmann_
Lindsey C. Edelmann
GREENBERG TRAURIG, LLP
3290 Northside Parkway, Ste. 400
Atlanta, Georgia 30327
678-553-2100
Counsel for Dr. Larry Camp and
Sabrina Martindale

**CERTIFICATE OF SERVICE**

I do hereby that on the 7th day of May, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

David B. Block, Esq.
William R. Lunsford, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801

Kim T. Thomas, Esq.
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, Alabama 36130

Lindsey C. Edelmann
Counsel for Plaintiffs