IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. LARRY CAMP and<br>SABRINA MARTINDALE,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL SERVICES,<br>INC., et al.,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:08-CV-227-CSC<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen, Ruth Naglich and Laura Ferrell, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[xx]  These parties are individuals, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

May 8, 2008
Date

/s/ Kim T. Thomas
Counsel Signature

Richard Allen, Ruth Naglich and Laura Ferrell
Counsel for (print names of all parties)

301 South Ripley Street, Montgomery, AL 36130
Address, City, State Zip Code

334-353-3884
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Kim T. Thomas, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail CM/ECF on this the 8th day of May, 2008 (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 8th day of 2008 to:

David Wayne Long-Daniels
Lindsay C. Edelmann
Greenberg Traurig, LLP
The Forum
Suite 400 3290 Northside Parkway
Atlanta, GA 30327

William R. Lunsford
Attorney for correctional Medical Services, Inc.
655 Gallatin Street
Huntsville, AL 35801

May 8, 2008                                             /s/ Kim T. Thomas