IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CAMP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:08-cv-0227-WKW |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant Correctional Medical Services, Inc.'s Motion to Strike Immaterial, Impertinent and/or Scandalous Matters (Doc. # 8), it is ORDERED that the motion is DENIED without prejudice. The motion may be renewed within thirty days of the pretrial hearing.

DONE this 22nd day of May, 2008.

                                             /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE