IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Dr. Larry Camp and Sabrina Martindale, <br><br> Plaintiffs, <br><br> v. <br><br> Correctional Medical Services, Inc., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 2:08CV227-CSC ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Comes now Greg Biggs to submit this Notice of Appearance for Defendants Richard Allen, Ruth Naglich and Laura Ferrell in the above-styled case.

Respectfully submitted this the 19th day of August, 2008.

/s/ Greg Biggs
Greg Biggs (BIG004)
Assistant General Counsel

**ADDRESS OF COUNSEL:**

**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, AL  36130**
**334-353-3881**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

David Wayne Long-Daniels
Lindsey Edelmann
Greenberg Traurig LLP
The Forum, Suite 400
3290 Northside Parkway
Atlanta, GA 30327

David B. Block
William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
P. O. Box 18668 (35804-8668)
Huntsville, AL 35801-4936

And by placing the same in the U.S. Mail, first class postage prepaid and properly addressed on this same day.

/s/ Greg Biggs
Greg Biggs
Assistant Attorney General