IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DR. LARRY CAMP and SABRINA MARTINDALE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:08-CV-227-WKW |
| CORRECTIONAL MEDICAL SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On December 23, 2008, the Magistrate Judge filed a Recommendation (Doc. # 54) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that the plaintiffs' motion for an emergency preliminary injunction (doc. # 44) is DENIED.

Done this 12th day of January, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE